M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2019 JAN -4  A 10: 22

DEBRA P. HACKETT, CLK
US DISTRICT COURT
MIDDLE DISTRICT ALA

Brandon Adams #227841
_____
Full name and prison name of
Plaintiff(s)

)
)
)
)
)
)
)

v.

Sgt. Baskin, C
Officer Brooks, T
Officer Giles, C
Officer Crawford
A.D.O.C. - ETC, AL
_____
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 2:19-cv-009-MHT-CSC
(To be supplied by Clerk of U.S. District
Court)

I.   PREVIOUS LAWSUITS

A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐  NO ☑

B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐  NO ☑

C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.   Parties to this previous lawsuit:

Plaintiff (s) _____
_____N/A_____

Defendant(s) _____
_____

2.   Court (if federal court, name the district; if state court, name the county)
_____
_____N/A_____

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____
<u>W.E. Donaldson Correctional Facility</u>

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED <u>Bullock C.F. on the Hall way in front of the shift & Health Care Lobby</u>

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Sgt. Baskin, C | Bullock C.F. |
| 2. | Officer Brooks, T | Bullock C.F. |
| 3. | Officer Giles, C | Bullock C.F. |
| 4. | Officer Crawford | Bullock C.F. |
| 5. | A.D.O.C - Etc. Al. | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED <u>9-3-18</u>

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: It is also very important that you show the "state of mind" of prison officals in excessive force cases. Courts have found a violation of the 8th Amendment where prison officals were responsible for "the unnecessary and wanton inflictions of pain". "Wanton" means hateful, cruel or uncalled for. The force used was not a necessary part of prison displine. For example, one court found an 8th Amendment violated when an officer repeatedly hit a prisoner even though the prisoner had immediately obeyed an order to lie face down on the floor, and was already being restrained by four other officers.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ESTATE OF DAVIS BY OSTENFELD V. DELO, 115 F. 3d 1388 (8TH CIR. 1997). IN ANOTHER SUCCESSFUL CASE, THE PRISONER WAS HANDCUFFED AND HIT SEVERAL TIMES IN THE HEAD AND SHOULDERS WHILE IN A KNEELING POSITION. BROWN V. LIPPARD, 472 F. 2d 384 (5TH CIR. 2006).

GROUND TWO: ON 9/3/18 I WAS ASSAULTED BY OFFICERS: CRAWFORD, GILES, C, BROOKS, T AND SGT. BASKIN, C, THAT MORNING I HAD A INCIDENT WITH ANOTHER INMATE. THEY ORDERED ME TO GET ON THE GROUND I ~~SUPPORTING FACTS:~~ DID AS I WAS TOLD THEY THEN PUT ME IN HANDCUFFS BEHIND MY BACK, WHILE STILL BEING ON THE GROUND HANDCUFF I WAS THEN KICKED AND STOMPED SEVERALS TIMES IN THE BACK, THE RIBS, THE HEAD AND TO THE LEFT SIDE OF MY FACE, WHICH A PERMANENT DENT I NOW POSSESSES FROM ~~THE~~ BEING ASSAULTED THAT DAY. I WAS THEN TAKEN TO HEALTH CARE WHERE THEY MADE ~~GROUND THREE:~~ ME WAIT IN THE LOBBY TO ~~BEEN~~ BE SEEN, WHILE I WAS WAITING TO BE SEEN, SGT. BASKIN, C STRUCK ME IN THE FACE SEVERALS TIMES (LEFT SIDE), WHILE STILL BEING ~~SUPPORTING FACTS:~~ HANDCUFFED BEHIND THE BACK. SGT. MARSHALL CAME AND TOOK PICTURES OF MY FACE AND LEFT SHORTLY AFTER I WAS FINALLY SEEN BY A NURSE AND A BODY CHART WAS DONE. 9/4/18 THE NEXT I WAS IN SO MUCH PAIN I WAS THEN TAKEN BACK UP THERE ON THIS DAY AS WELL, THEY THEN PUT ~~IN~~ ME IN FOR AN X-RAY WHICH WAS DONE ON OR ABOUT 9/7/18

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I LIKE FOR THE COURT TO GRANT ME THE SUM OF $5 MILLION FOR VIOLATION OF MY RIGHTS AND THE USE OF EXCESSIVE AND UNNECESSARY ON MY LIFE.

Brandon Adams #227841
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/1/19
(Date)

Brandon Adams #227841
Signature of plaintiff(s)

January 1, 2019

MY COMMISSION EXPIRES DECEMBER 8, 2020

BRANDON ADAMS
AIS#227841 W-40
W.E. DONALDSON CORR. FAC.
100 WARRIOR LANE
BESSEMER, AL 35023

BIRMINGHAM AL 350
02 JAN 2019 PM 1 L

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated; and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

LEGAL ~~ONLY~~ MAIL

36104-401801

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
ONE CHURCH STREET, SUITE B-110
MONTGOMERY, AL 36104-4018