IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BRANDON ADAMS,                  )
                                )
    Plaintiff,                  )
                                )     CIVIL ACTION NO.
    v.                          )       2:19cv9-MHT
                                )          (WO)
CHERMAINE BASKIN, et al.,       )
                                )
    Defendants.                 )
```

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit asserting that the defendants subjected him to excessive force. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted in part and denied in part and that plaintiff's claims against one defendant should be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered, and the case will be set for trial.

DONE, this the 29th day of November, 2021.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**