```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


BRANDON ADAMS,                  )
                                )
     Plaintiff,                 )
                                )     CIVIL ACTION NO.
     v.                         )        2:19cv9-MHT
                                )           (WO)
CHERMAINE BASKIN, et al.,       )
                                )
     Defendants.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 39) is adopted.

(2) Plaintiff's claims against defendant Terrence Brooks are dismissed without prejudice, and defendant Brooks is terminated as a party to this action.

(3) Defendants Chermane Baskin, Markis Crawford, and Clarence Giles's motion for summary judgment (Doc. 27) is granted in part and denied in part, as follows.

(a) Defendants' motion for summary judgment is granted as to plaintiff's claims against defendants Baskin, Crawford, and Giles for monetary damages in their official capacities, and judgment is entered in favor of these defendants on plaintiff's official-capacity claims only.

(b) Defendants' motion for summary judgment is denied as to plaintiff's excessive-force claims against defendants Baskin, Crawford, and Giles in their individual capacities, and those claims will be set for a bench trial.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 29th day of November, 2021.

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**